## Law Offices of Roosevelt Jean, LLC
2 University Plaza, Suite 100
Hackensack, NJ 07601
(t) 201-446-8486 | (f) 201-645 1201
roosevelt@jeanjustice.com
https://www.jeanjustice.com

ROOSEVELT JEAN, ESQ*　　　　　　　　　　　　　　　　　　　　　　　NY Office
* NY & NJ BAR　　　　　　　　　　　　　　　　　　　　　　　　　　1 Blue Pearl Plaza,
*CERTIFIED BY NEW JERSEY SUPREME COURT　　　　　　　　　　　　　Lobby Level, #1509
AS A CIVIL TRIAL ATTORNEY　　　　　　　　　　　　　　　　　　　Pearl River, NY 10960

**PLEASE REPLY TO NJ OFFICE**

November 10, 2025

Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE: ANDERSON V. ALLISON WORLDWIDE, LLC ET AL**
**1:25-CV-05061-MMG**
**~~PROPOSED~~ SCHEDULING ORDER**

Dear Judge Garnett:

    Our offices represents, Plaintiff, Ms. Demar Anderson in the above referenced matter. Plaintiff writes in response to the Court's November 7, 2025 Text Order extending, Sua sponte, Plaintiff's deadline to oppose Defendants' motion to dismiss to November 10, 2025, and Defendants' reply deadline to November 17, 2025. Plaintiff is grateful for the Court's accommodation.

    Plaintiff respectfully informs the Court that prior to the Court issuing its Order, defense counsel, Tania J. Mistretta, Esq. and our office had been engaged in an ongoing good-faith meet-and-confer regarding a consensual briefing schedule tied to Plaintiff's anticipated amended complaint, pursuant to Rule II(B)(6) of Your Honor's Individual Rules.

    Through those discussions, the parties reached agreement on a schedule that aligns with the amendment procedure contemplated by Your Honor's Individual Rules while ensuring orderly and efficient briefing. The parties respectfully propose the following agreed dates:

- November 17, 2025 – Filing of Amended Complaint
- December 19, 2025 – Defendants' Motion (new or supplemental)
- January 9, 2026 – Plaintiff's Opposition
- January 30, 2026 – Defendants' Reply

1

This schedule reflects both sides' consent, comports with the framework set out in Your Honor's Rule II(B)(6), and avoids unnecessary motion practice regarding the pending Rule 12(b)(1) and 12(b)(6) motion.

Plaintiff does not presume that the parties' agreement supersedes the Court's Text-Order. Instead, Plaintiff respectfully requests that the Court approve and enter the agreed-upon briefing schedule above agreed to by the parties from their meet and confer efforts prior to the Court entering its Order.

We appreciate the Court's consideration and stand ready to provide any additional information the Court may require.

Respectfully submitted,

/s/ *Roosevelt Jean*

Roosevelt Jean, Esq.
Attorneys for Plaintiff,
Ms. Demar Anderson

cc:   Tania J. Mistretta, Esq.

---

GRANTED. Upon the joint motion of the parties, the Court hereby ADOPTS the following schedule: amended complaint due by **November 17, 2025**; Defendants' answer or motion to dismiss due by **December 19, 2025**; Plaintiff's opposition due by **January 9, 2026**; and Defendants' reply due by **January 30, 2026**. The parties are warned to scrupulously observe court-ordered deadlines moving forward. Future motions may be denied on the basis of untimeliness alone. The Clerk of Court is respectfully directed to terminate Dkt. No. 14 (Defendants' motion to dismiss), which is DENIED as moot.

SO ORDERED. Dated November 10, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE